1  BENJAMIN B. WAGNER
   United States Attorney
2  BRUCE A. EMARD
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2798
   Facsimile:   (916) 554-2900
5
   Attorneys for the Secretary of the Interior
6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | KEVIN FRANKEN,                              | CASE NO. 1:15-cv-01368-EPG
12 |                      Plaintiff,             | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR SECRETARY OF THE INTERIOR TO RESPOND TO FIRST AMENDED COMPLAINT**
13 | v.                                          |
14 | SALLY JEWELL, Secretary, U.S. Department of the Interior: YELLOWSTONE NATIONAL PARK; DAVID HALLAC, individually; and DOES 1-8; |
15 |
16 |                      Defendants.            |

18

19     Plaintiff filed his original Complaint on September 8, 2015 (ECF No. 1) and served it on the

20 United States Attorney's Office on September 18, 2015.  On January 12, 2016, plaintiff filed his

21 First Amended Complaint (ECF No. 18) and served it on the United States Attorney's Office on

22 February 11, 2016.  The First Amended Complaint added new defendants whose responsive

23 pleadings are due within sixty days of the date of service.  To avoid unnecessary attorney time and

24 expenses and to conserve judicial resources, the parties wish to extend the time for the Secretary of

25 the Interior to respond to the First Amended Complaint from February 12, 2016 to April 10, 2016, a

26 date that is approximately the date when the responsive pleadings of the newly added defendants are

27 due.

28

Based on the foregoing, the parties, through their respective undersigned counsel, hereby stipulate and agree that defendant Secretary of the Interior shall have until April 10, 2016 to respond to the First Amended Complaint.

Dated:  February 12, 2016                              BENJAMIN B. WAGNER
                                                       United States Attorney

                                              By:      */s/ Bruce A. Emard*
                                                       BRUCE A. EMARD
                                                       Assistant United States Attorney

                                                       Attorneys for Secretary of Interior


Dated:  February 12, 2016                              BASSINGER & HARVEY

                                              By:      *Randy J. Harvey*
                                                       RANDY J. HARVEY

                                                       Attorney for Kevin Franken

## **ORDER**

The Secretary of the Interior shall have until **April 10, 2016** to respond to the First Amended Complaint.  In light of this extension, and the fact that the other defendants have not yet appeared in this action, the scheduling conference currently scheduled for **March 8, 2016 at 9:00 a.m** is VACATED, and is rescheduled until **April 25, 2016 at 9:30 a.m**. in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean.  The parties shall file a joint scheduling report seven days prior to the scheduling conference.  Additionally, all parties shall be properly served and executed proofs of service shall also be filed seven days prior to the scheduling conference.

Finally, if the United States Attorney's Office will be representing the defendants who have not yet appeared, the Court requests that any Consent/Decline to Magistrate Judge Jurisdiction Form be filed at the time of the joint scheduling report to facilitate the issuance of the scheduling order in

this action. The Court notes that this case was initially filed on September 8, 2015 (Doc. 1), therefore, any future continuances will be looked upon with disfavor

IT IS SO ORDERED.

Dated:   **February 16, 2016**            /s/ *Erica P. Grosjean*
                                          UNITED STATES MAGISTRATE JUDGE